**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

v.                                              NO. 4:11CR00290-01 JLH

CLAUDIA SUAREZ                                                                                                  DEFENDANT

**ORDER**

On July 15, 2013, this Court sentenced Claudia Suarez to a term of imprisonment of 100 months for conspiracy to possess with intent to distribute oxycodone in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C). Her sentence was subsequently reduced to 80 months pursuant to 18 U.S.C. § 3582(c)(2) because the guideline range pursuant to which she was sentenced had subsequently been lowered and made retroactive by the United States Sentencing Commission. Suarez has now filed a motion for reconsideration of her sentence, requesting credit for time that she was under pretrial supervision although not actually detained.

Eighteen U.S.C. § 3582(c) provides that the Court may not modify a term of imprisonment once it has been imposed except in certain limited circumstances, none of which is present here. In short, the Court lacks the authority to consider or modify Suarez's sentence.

Furthermore, the Bureau of Prisons is responsible for computing the sentence credit after a defendant has begun serving a sentence. *United States v. Wilson*, 503 U.S. 329, 335, 112 S. Ct. 1351, 1355, 117 L. Ed. 2d 593 (1992). Prisoners are entitled to administrative review of the computation of their credits by the Bureau of Prisons under the procedures set out in 28 C.F.R. §§ 542.10-542.19. After properly exhausting her administrative remedies, an inmate may seek judicial review by filing a habeas corpus petition in the district where she is detained under 28 U.S.C. §

2241. *Wilson*, 503 U.S. at 335, 112 S. Ct. at 1355; *United States v. Pardue*, 363 F.3d 695, 699 (8th Cir. 2004).

For these reasons, Claudia Suarez's motion for reconsideration of her sentence is DENIED. Document #581.

IT IS SO ORDERED this 11th day of June, 2015.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE