**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                            NO. 4:11CR00290-01 JLH

CLAUDIA SUAREZ                                                             DEFENDANT

**ORDER**

Claudia Suarez has filed a motion for reconsideration of the sentencing order, asking the Court to reduce her sentence by fourteen months to give her credit for time when she was under pretrial supervision by the United States Probation Office. A court may not modify a term of imprisonment once it has been imposed except in very limited circumstances, none of which is present here. 18 U.S.C. § 3582(c). Furthermore, the district court does not have the authority to award a defendant credit for time served; rather, that authority resides in the Bureau of Prisons. *United States v. Pardue*, 363 F.3d 695, 699 (8th Cir. 2004). The Bureau of Prisons provides administrative procedures for reviewing the issue of failure to credit time served. *Id*. After administrative remedies are exhausted, a prisoner may seek judicial review of any credit determination by filing a habeas petition under 28 U.S.C. § 2241 in the district in which the prisoner is incarcerated. *Id*.

The motion for reconsideration is DENIED. Document #593.

IT IS SO ORDERED this 2nd day of October, 2015.

                                                                         _____
                                                                         J. LEON HOLMES
                                                                         UNITED STATES DISTRICT JUDGE